UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**CRAIG A. GEIGER,**

    **Plaintiff,**　　　　　　　　　　Case No. 2:04-cv-1134
　　　　　　　　　　　　　　　　　　　　JUDGE GREGORY L. FROST
    **v.**　　　　　　　　　　　　　　　Magistrate Judge Terence P. Kemp

**STAGE COACH AMERICA, INC., et al.,**

    **Defendants.**

## ORDER

This case is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on September 8, 2005. (Doc. # 21.) No objections have been filed to the Report and Recommendation.

Despite the fact that no objections were filed, the Court has conducted a *de novo* review in accordance with 28 U.S.C. § 636(b)(1) and **ADOPTS** the Report and Recommendation. The Court therefore **GRANTS** the motion for default judgment against Stage Coach America (Doc. # 7), **ENTERS** default judgment in favor of Geiger and against Stage Coach America in the amount of $23,076.00, and **DISMISSES** Geiger's claims against Keith Howard and Star Ride. The Clerk shall issue a judgment accordingly and terminate this action upon the docket records of the United States District Court for the Southern District of Ohio, Eastern Division.

    **IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　 /s/   Gregory L. Frost
　　　　　　　　　　　　　　　　　　　　GREGORY L. FROST
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE